STATE OF NEW JERSEY v. RAUL RODRIGUEZ.

June 26, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. TOMMY RANDALL.

June 26, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. TIBOR LOUIS DE DOBEAU.

June 26, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MONICA KOONCE.

June 26, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER MCKINNEY.

June 26, 1987.

Petition for certification denied.